SOUTHERN WHITE LEAD Co. *v.* COIT *et al.*

(*Circuit Court, N. D. Illinois.* February 20, 1888.)

TRADE-MARKS—WHAT WILL BE PROTECTED.
    A manufacturer of white lead in Chicago will be enjoined from the use of
    the words "White Lead, St. Louis," except as to preparations of white lead
    manufactured there, such use tending to deceive and defraud the public and
    complainant, a manufacturer of lead in St. Louis.

In Equity.

The Southern White Lead Company filed a bill to enjoin W. A. Coit
and others from using the words "St. Louis," with the words "warranted
strictly pure white lead in pure linseed oil," to designate lead which
was not pure, made in Chicago.

*Banning & Banning,* for complainant.

*Fairchild & Blackman,* for defendants.

BLODGETT, J., (*orally.*)  This case stands upon precisely the same
facts as the case of same. complainant against Cary, decided by Judge
GRESHAM about a year ago, (25 Fed. Rep. 125;) and, in principle, is
on all fours with the case of *Association* v. *Piza,* 24 Fed. Rep. 149.  The
complainant may therefore prepare a decree in accordance with the prayer
of the bill, enjoining the defendants from the use of the words, Southern
or "South Western White Lead, St. Louis," or "Southern White Lead
Co., St. Louis," or "St. Louis," except as to preparations of white lead
manufactured, put up, or sold at St. Louis.  The principle involved is
that the defendant's white lead purports to be manufactured in St.
Louis, when in fact it is manufactured in Chicago, and thereby tends to
deceive and defraud the public and the complainant, who is a manu-
facturer of white lead in St. Louis, inasmuch as the defendant's lead is
not pure, and is not made in St. Louis.